THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAO SAEPHANH,

               Petitioner,

   v.

UNITED STATES OF AMERICA,

               Respondent.

CASE NO. C20-0951-JCC

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

      This matter comes before the Court on the parties' stipulated motion regarding a briefing schedule for Petitioner's 18 U.S.C. § 2255 motion (Dkt. No. 4). Having considered the motion and the relevant record and finding good cause, the Court hereby GRANTS the motion and ORDERS that:

1. The Government must file its answer to the motion by August 21, 2020;

2. Petitioner must file his reply by August 28, 2020; and

3. The Clerk is DIRECTED to note Petitioner's 18 U.S.C. § 2255 motion (Dkt. No. 1) for August 28, 2020.

   //

   //

1    DATED this 27th day of July 2020.

2                                              William M. McCool
                                               Clerk of Court
3

4                                              s/Tomas Hernandez
                                               Deputy Clerk
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C20-0951-JCC
PAGE - 2